UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JONATHAN PINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | Case No. 24-cv-02783-EKL<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On October 17, 2024, the Court dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. ECF No. 11. The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint or otherwise communicated with the Court. The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: December 2, 2024

　　　　　　　　　　　　　　　　　　　　　　　　Eumi K. Lee
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge